S. LANE TUCKER
United States Attorney

MAC CAILLE PETURSSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: mac.caille.petursson@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DAREL JAMES PULLER,<br><br>　　　　Defendant. | No. 3:24-cr-00046-SLG-KFR<br><br>COUNT 1:<br>THEFT OF FIREARMS FROM A<br>FEDERAL FIREARMS LICENSEE<br>　Vio. of 18 U.S.C. §§ 922(u) and 924(i)(1)<br><br>COUNT 2:<br>POSSESSION OF STOLEN FIREARM<br>　Vio. of 18 U.S.C. §§ 922(j) and 924(a)(2)<br><br>CRIMINAL FORFEITURE<br>ALLEGATION:<br>　Vio. of 21 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Fed. R. Crim. Pro. 32.2(a) |
|---|---|

**INDICTMENT**

　　The Grand Jury charges that:

COUNT 1

　　On or about March 10, 2024, within the District of Alaska, the defendant, DAREL

JAMES PULLER, knowing stole, unlawfully took, and carried away from the premises of

Iron and Wood Vintage Firearms, a federally licensed firearms dealer located at 403 Old Steese Highway, Fairbanks, Alaska 99701, the following 21 firearms, to wit:

- Smith and Wesson, Model 3, .44 Russian caliber revolver
- Colt, unknown model, .44 caliber revolver
- Ruger, Model Super Wrangler, .22LR caliber revolver
- Ruger, Model Super Redhawk, .44 caliber revolver
- Ruger, Model MKIV Standard, .22LR caliber pistol
- Ruger, Model SP101, .357 caliber revolver
- Ruger, Model Super Redhawk Alaskan, .44 caliber revolver
- Ruger, Model Mark IV, .22LR caliber pistol
- Walther, Model PPQM2, .22LR caliber pistol
- Ruger, Model Single Six, .22LR caliber revolver
- Ruger, Model 10/22 Charger, .22LR caliber pistol
- Ruger, Model LCR, .22WMR caliber pistol
- Colt, Model New Frontier, .22LR caliber revolver
- Ruger, Model Blackhawk, .41 Magnum caliber revolver
- Magnum Research, Model BFR, .45-70 caliber revolver
- Heritage, Model Rough Rider, .22LR caliber revolver
- Ruger, Model Super Blackhawk, .44 Magnum caliber revolver
- Freedom Arms, Model Casull Field, .454 Casull caliber revolver
- Ruger, Model Blackhawk, .357 caliber revolver
- Magnum Research, Model Desert Eagle, .44 Magnum caliber pistol
- KelTec, Model CP33, .22LR caliber pistol

which were located in the licensee's business inventory and had been shipped and transported in interstate and foreign commerce.

All of which is in violation of 18 U.S.C. §§ 922(u) and 924(i)(1).

## COUNT 2

On or about March 10, 2024, within the District of Alaska, the defendant, DAREL JAMES PULLER, knowingly possessed the following 22 stolen firearms:

- Smith and Wesson, Model 3, .44 Russian caliber revolver
- Colt, unknown model, .44 caliber revolver
- Ruger, Model Super Wrangler, .22LR caliber revolver
- Ruger, Model Super Redhawk, .44 caliber revolver
- Ruger, Model MKIV Standard, .22LR caliber pistol
- Ruger, Model SP101, .357 caliber revolver
- Ruger, Model Super Redhawk Alaskan, .44 caliber revolver
- Ruger, Model Mark IV, .22LR caliber pistol
- Walther, Model PPQM2, .22LR caliber pistol
- Ruger, Model Single Six, .22LR caliber revolver
- Ruger, Model 10/22 Charger, .22LR caliber pistol
- Ruger, Model LCR, .22WMR caliber pistol
- Colt, Model New Frontier, .22LR caliber revolver
- Ruger, Model Blackhawk, .41 Magnum caliber revolver
- Magnum Research, Model BFR, .45-70 caliber revolver
- Heritage, Model Rough Rider, .22LR caliber revolver
- Ruger, Model Super Blackhawk, .44 Magnum caliber revolver
- Freedom Arms, Model Casull Field, .454 Casull caliber revolver
- Ruger, Model Blackhawk, .357 caliber revolver
- Magnum Research, Model Desert Eagle, .44 Magnum caliber pistol
- KelTec, Model CP33, .22LR caliber pistol
- Century, Model WASR-10, 7.62 x 39 caliber rifle

which had previously been shipped and transported in interstate and foreign commerce before they were stolen, knowing and having reasonable cause to believe that the firearms were stolen.

All of which is in violation of 18 U.S.C. §§ 922(j) and 924(a)(2).

## CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1).

Upon conviction of the offenses in violation of 18 U.S.C. §§ 922(u) and 922(j) as set forth in Counts 1 and 2 of this Indictment, the defendant, DAREL JAMES PULLER, shall forfeit to the United States any firearms and ammunition involved in any willful violation of 18 U.S.C. § 922(u), and any firearms and ammunition involved in any knowing violation of violation of 18 U.S.C. § 922(j), including but not limited to:

- Ruger, Model Blackhawk, .41 Magnum caliber revolver, S/N- 39-03071
- Magnum Research, Model BFR, .45-70 caliber revolver, S/N- BR18212
- Heritage, Model Rough Rider, .22LR caliber revolver, S/N- 1BH902779
- Ruger, Model Super Blackhawk, .44 Magnum caliber revolver, S/N- 87-65408
- Freedom Arms, Model Casull Field, .454 Casull caliber revolver, S/N- DF7710
- Ruger, Model Blackhawk, .357 caliber revolver, S/N- 37-91621
- Magnum Research, Model Desert Eagle, .44 Magnum caliber pistol, S/N- 36203301
- KelTec, Model CP33, .22LR caliber pistol, S/N- MBL71
- Century, Model WASR-10, 7.62 x 39 caliber rifle, unknown serial number
- Any and all associated magazines and ammunition.

If, as a result of any act or omission of defendants, the property described above, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of this court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States to seek forfeiture of other property of defendant pursuant to 21 U.S.C. § 853(p).

Page 4 of 5
Case 3:24-cr-00046-SLG-KFR   Document 2   Filed 04/17/24   Page 4 of 5

All pursuant to 21 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

<u>s/ Grand Jury Foreperson</u>
GRAND JURY FOREPERSON

<u>s/ Mac Caille Petursson</u>
MAC CAILLE PETURSSON
Assistant U.S. Attorney
United States of America

<u>s/ S. Lane Tucker</u>
S. LANE TUCKER
United States Attorney
United States of America

DATE<u>:        4/16/2024    </u>